# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2677
L.T. Case No. 2023-CF-000826

_____

VERN M. WESTCOTT, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence Robert Perkins, Judge.

Matthew J. Metz, Public Defender, and John M. Selden, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

January 6, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____